**FILED**
April 29, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>MANSORE RAHIMI,<br>　　　　　Defendant. | Case No. MAG. 11-0125-KJN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MANSORE RAHIMI, Case No. MAG-11-0125-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $100,000.00.

　　_X_ Co-Signed Unsecured Appearance Bond

　　___ Secured Appearance Bond

　　_X_ (Other) Conditions as stated on the record.

　　___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   04-29-11   at  3:47 pm.

By _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge