Vitaly B. Sigal, Esq. S.B.N. 198623
**SIGAL
LAW GROUP**
15250 Ventura Blvd., Suite PH-1220
Sherman Oaks, CA 91403
Telephone: (818) 325-0570
Facsimile: (818) 325-0571

Attorney for Defendant, MANSORE RAHIMI

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MANSORE RAHIMI<br><br>Defendant. | Case No.: 2:11-CR-00211-02<br><br>**ORDER TO EXONERATE PROPERTY BOND AS TO DEFENDANT MANSORE RAHIMI** |

Defendant, Mansore Rahimi, pled guilty to count one of the Indictment and was subsequently sentenced to a term of imprisonment for 35 months. Defendant started serving his sentence on May 10, 2013, and is currently in the Federal Corrections Institute in Sheridan, Oregon. Presently before the Court is Defendant's Motion to Exonerate Bond. (ECF No. 56.)

///

///

1

1  The case having been fully adjudicated and the sentence having been executed, the Court
2  finds that the secured property bond as to Defendant, Mansore Rahimi, should be exonerated.
3  Accordingly, it is hereby ORDERED that the Clerk of the Court shall return all property and/or
4  papers relating to the collateral bail including mortgage deeds, notes, tax receipts and other
5  documents filed with the Court to secure the release of the Defendant, to the Recipient listed
6  below:

7  • Himat and Saroj Dagli, 3027 Mountain Drive, Fremont, CA 94555.

8  The parties are responsible for extinguishing any liens which may have been registered
9  against the collateral bail documents and/or property.

10  IT IS SO ORDERED.

11  Dated:  August 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT